# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Karen Stublaski,                                    Civil No. 11-236 (RHK/FLN)

                    Plaintiff,                              **ORDER**

vs.

Experian Information Solutions, Inc.,

                    Defendant.

---

        Because this action involves the settlement of <u>Stublaski v. Experian Information</u>

<u>Solutions, Inc., et al.</u>, Civil No. 09-1635 (PAM/JJK), **IT IS ORDERED** that Magistrate

Judge Jeffrey J. Keyes is assigned as the Magistrate Judge for this action, replacing

Magistrate Judge Franklin L. Noel.[1]  The Clerk of this Court is directed to reassign this

matter to Magistrate Judge Keyes for all future proceedings.

Dated:  March 3, 2011

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge

---

[1] Magistrate Judge Noel concurs with this Order.