**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Karen Stublaski, | Civil No. 11-236 (RHK/JJK) |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions, Inc., | |
| Defendant. | |

---

Pursuant to the Stipulation for Dismissal filed with the Court (Doc. No. 12), **IT IS ORDERED** that all claims brought by Plaintiff Karen Stublaski against Defendant Experian Information Solutions, Inc. and all counterclaims brought by Experian Information Solutions, Inc. against Plaintiff Karen Stublaski are **DISMISSED WITH PREJUDICE,** without costs, disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 1, 2011

                                                            s/Richard H. Kyle
                                                            RICHARD H. KYLE
                                                            United States District Judge